Tanya Sanerib (OSB No. 025526)
Telephone: (503) 525.2722
Email: tanya@crag.org
Christopher Winter (AK No. 0904007)
Telephone: (503) 525.2725
Email: chris@crag.org
Crag Law Center
917 SW Oak Street
Suite 417
Portland, OR 97205
Facsimile: (503) 296.5454

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONGASS CONSERVATION SOCIETY, GREENPEACE, and CASCADIA WILDLANDS,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; FORREST COLE, in his official capacity as Tongass National Forest Supervisor; RUTH MONAHAN, in her official capacity as acting Alaska Regional Forester,<br><br>  Defendants, and<br><br>VIKING LUMBER COMPANY, INC.,<br><br>  Defendant-Intervenor. | Case No. 3:10cv0006-TMB<br><br>**DECLARATION OF HARM BY DAVID BEEBE** |

I, David Beebe, hereby declare as follows:

1. I, David Beebe hereby declare I have been a resident of the Petersburg Kupreanof area for 25 years and currently reside there.

2. I am a member in good standing and support the mission and purpose of the Cascadia Wildlands Project and the work that its Alaska office has does done with local people in the region to involve them in decisions affecting subsistence and commercial resources in the area. I am also a supporter of the organization Greenpeace and its work to protect the remaining old growth forests in the Tongass. I am also a supporter and member of the Tongass Conservation Society and an active volunteer with the organization. I support the Tongass Conservation Society's work to improve projects on the Tongass National Forest and I help ground truth such projects were possible.

3. I am familiar with the Logjam Project proposed by the Forest Service. I recently visited the Logjam Project area. I took photographs during that visit and those photographs are attached to this declaration as Exhibit 1.

4. The photographs show the old growth forest that is slated to be logged as part of the Project. In these forests, I found evidence of use by deer. The photographs also document the previously logged second growth forest. These second growth forests are very dense and almost impassable. I did not find evidence of deer in these forests. The photographs also show slope failures and cut banks resulting from past clearcut logging and road building in the area.

5. I own and operate a 46-foot seiner named the F/V Jerry O, which I use to harvest commercial fish and shellfish under various permits within 160 miles of my home port of Petersburg. My area of operation includes the estuaries of Staney Creek, Naukati and Gutchi Creeks. These creeks flow through part of the Logjam Project area and I am concerned that the road construction and logging from the project will impact them.

6. My family relies on deer hunting, in part, to sustain us. I have long hunted deer on Prince of Wales island and will continue to do so. I hunt deer in some of the watersheds that will be impacted by the Logjam project. I am concerned this project will negatively affect this resource.

7. There are many people in my community and other local communities that, like me and my family, depend upon the local flora and fauna of the Tongass for subsistence resources to support our families.

8. I plan to return to the drainages and watersheds that are part of the Staney, Naukati and Gutchi Creeks and other nearby areas. I am very concerned about the integrity of these forest ecosystems and the resources that they provide for me and my family. I hunt and fish in these area and depend upon them for my livelihood. These areas are threatened by the Logjam logging project as it has been proposed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2010

David Beebe



# Logjam Site Visit

Exhibit 1 to Declaration of
David Beebe



# Spruce tree

Big tree

# Deer pellets below old growth canopy


Deer pellets

# Logjam old growth forest


Logjam

# Logjam Old Growth Forest



Logjam 2

# Logjam Panorama



Logjam Landscape

# Failed cut bank above road



Road cutbank

# Dense thicket of second growth in logged over area



Second growth



Second growth, with slope failure at top of clearcut

Slope Failure