Reply to: 2430  
Date: 11/30/2009

Dear Prospective Bidder:

On 12/15/2009, at 02:00 PM, sealed bids will be opened in the Ketchikan Supervisors Office for the DIESEL sale. This sale is located in T68S, R80E Sections 14, 23, 26, 34, 35 & 36; T69S, R80E Sections 13 & 24; T69S, R81E Sections 3, 4, 5, 8, 9, 10, 11, 15, 16, 18, 19, 20, 21, 22, 27, 28, 30, 33 & 34; T70S, R81E Sections 4, 9, 10, 15, 16, 21 & 22, Copper River Meridian.. Timber sale Contract 2400-6 will be used. The termination date for this sale is 10/31/2014.

There are 2.70 miles (4.35 kilometers) of specified road reconstruction, and 2.57 miles (4.14 kilometers) of specified road construction. A specified road construction cost of $470,803.15 has been allowed in the appraisal for this work.

Measurement of the estimated quantities will be made after felling. The total estimated quantity on this sale is 23,853 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

| Estimated Quantities and Minimum Acceptable Rates per Unit of Measure | | | | | | | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 11,521.00 | 15.20 | $2.00 | $2.00 | $0.00 | $1.14 |
| Western Red Cedar | Sawtimber | MBF | 4,855.00 | 22.80 | $175.45 | $10.00 | $0.00 | $1.14 |
| Sitka Spruce | Sawtimber | MBF | 3,108.00 | 28.80 | $147.25 | $6.00 | $0.00 | $1.14 |
| Alaska Cedar | Sawtimber | MBF | 1,147.00 | 18.60 | $331.95 | $10.00 | $0.00 | $1.14 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,881.00 | N/A | $2.00 | $2.00 | $0.00 | $1.14 |
| Sitka Spruce Utility | Pulpwood | MBF | 341.00 | N/A | $2.00 | $2.00 | $0.00 | $1.14 |
| | Total | MBF | 23,853.00 | | | | $0.00 | $27,192.42 |

The minimum acceptable bid for advertised timber is $1,713,251.40 for the biddable species.

There is a $172,000.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Thorne Bay Ranger District Office.

Sincerely,

/s/ Michael Anderson  
MICHAEL ANDERSON  
Timber Management Officer

Enclosure

# TIMBER SALE PROSPECTUS

| | | | |
|---|---|---|---|
| Sale Name: | DIESEL | Type of Sale: | Scaled |
| National Forest: | Tongass | Ranger District: | Thorne Bay |
| Bidding Method: | Sealed Bid | Bid Guarantee: | $172,000.00 |

Location of Bid Opening: Ketchikan Supervisors Office

Date: 12/15/2009                                                        Time: 02:00 PM

1. **INTRODUCTION.** This prospectus furnishes prospective bidders with information not contained in the published advertisement and is designed to enable bidders to decide whether or not to further investigate the sale. The prospectus is not a legally binding document, but is offered to provide general information about a sale. The contract does not include descriptions, estimates, and other data in this prospectus, unless otherwise stated. In the event that the prospectus contains an error or contradicts the sample contract, the contract governs. Bidders are urged to examine the timber sale and make their own estimates. Timber sale Contract 2400-6 will be used. Inspect the sale area and the sample contract before submitting a bid. Obtain the appraisal, other information on the timber, and conditions of sale and bidding at Forest Service offices listed above and in the named attached advertisement.

2. **BIDDING.** This is a Sealed Bid sale. Bidders must submit sealed bids on prepared forms they can obtain from Forest Service offices listed above and in the attached advertisement. The forms include instructions for bidding and submission of the required certifications. A bid guarantee must be included with the bid in the form of cash, a bid bond on form FS-6500-13 (4/82) or later, certification of annual bid bond allocation on form FS-6500-13a (4/82) or later, an irrevocable letter of credit, a certified check, bank draft, cashiers check, official bank check, or bank or postal money order payable to the Forest Service, USDA in the amount specified above and in the bid form. The bid guarantee shall be returned to each bidder whose bid is not accepted.

**Total Sale Value Bidding:**

Prospective purchasers must submit bids in terms of the minimum acceptable total sale value. The bid form states minimum acceptable bid rates and estimated quantities of timber, together with the minimum acceptable total sale value. The advertised minimum acceptable total sale value is only for the biddable species, as listed on the bid form in the upper section of block 14. It does not include any non-biddable, fixed rate species listed in the lower section of block 14 titled "Required Removal at Fixed Rate. Only the Fixed Rate Applies." The bidder should enter the offer on the bid form only in terms of the total sale value. The Forest Service shall establish bid rates by species in the contract by multiplying each species' minimum acceptable bid rate by the bid increase percentage. Such rates will be rounded to the nearest cent. The bid increase percentage is the bidder's total sale value bid rate divided by the minimum acceptable total sale value. The total amount for stumpage is the volume of each biddable species multiplied by its bid rate, plus the volume of each fixed rate species multiplied by its fixed rate.

3. **LOCATION AND DESCRIPTION OF TIMBER.** Refer to the sample contract and sale area map attached to the sample contract for legal location of sale area, location of subdivisions, location of cutting units, the acreage of sale area, and the cutting unit acreage.

THE FOLLOWING GENERAL LOCATION, ROUTES OF ACCESS, ACREAGES, AND OTHER SPECIAL LOCATION DATA DO NOT SUPERSEDE THE SALE AREA MAP OR SAMPLE CONTRACT.

The Diesel Timber Sale is located on Prince of Wales Island approximately 8 miles east of Naukati, Alaska, within the boundaries of the Thorne Bay Ranger District.

4. **TIMBER QUANTITIES AND RATES.** The quality, size, cut per acre, and product suitability of the timber are estimates based

on detailed cruise information on file and available for inspection at the Forest Service offices listed above and in the advertisement. VOLUME QUANTITIES LISTED HEREIN ARE MADE AVAILABLE WITH THE UNDERSTANDING THAT VALUES SHOWN ARE FOREST SERVICE ESTIMATES AND ARE NOT GUARANTEED. For these reasons, bidders are urged to examine the timber sale area and make their own estimates.

**Road Construction Costs.** The advertised rate does not include the estimated cost of specified road construction. The estimated road construction cost has been included in the appraisal as a cost that the purchaser will incur. The purchaser will be responsible for the road construction cost and WILL NOT receive credit towards stumpage costs for this expense, i.e., THIS SALE DOES NOT INCLUDE PURCHASER CREDIT and bidders should consider the cost of road construction when developing their bids.

THE MINIMUM ACCEPTABLE BID RATE IS STATED IN THE ATTACHED BID FORM. THESE RATES ARE EFFECTIVE AT THE TIME OF ADVERTISEMENT.

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 11,521.00 | 15.2 | $2.00 | $2.00 | $0.00 | $1.14 |
| Western Red Cedar | Sawtimber | MBF | 4,855.00 | 22.8 | $175.45 | $10.00 | $0.00 | $1.14 |
| Sitka Spruce | Sawtimber | MBF | 3,108.00 | 28.8 | $147.25 | $6.00 | $0.00 | $1.14 |
| Alaska Cedar | Sawtimber | MBF | 1,147.00 | 18.6 | $331.95 | $10.00 | $0.00 | $1.14 |
| **Required Removal at Fixed Rates** | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,881.00 | N/A | $2.00 | $2.00 | $0.00 | $1.14 |
| Sitka Spruce Utility | Pulpwood | MBF | 341.00 | N/A | $2.00 | $2.00 | $0.00 | $1.14 |
| | TOTAL | MBF | 23,853.00 | | | | $0.00 | $27,192.42 |

The minimum acceptable total sale value bid for advertised timber is $1,713,251.40. It does not include any non-biddable, fixed rate species listed on the bid form in the lower section of block 14 titled "Required Removal at Fixed Rate. Only the Fixed Rate Applies." The total amount for stumpage is the volume of each biddable species multiplied by its bid rate, plus the volume of each fixed rate species multiplied by its fixed rate.

The bid rate for species and unit of measure are assigned under procedures for average bid premium bidding, as noted in this prospectus. This rate has been established by appraisal, with a cost allowance for the roads specified by the contract, if any. Required deposits for slash disposal and road maintenance are in addition to the advertised rates for timber. Purchasers are responsible for the cost of specified road construction. Specified road construction costs ARE NOT available to use as credit for the payment of stumpage, i.e., THIS SALE DOES NOT INCLUDE PURCHASER CREDIT.

Estimated Knutson-Vandenberg deposit for sale area improvement work in a total amount of $58,491.00 is included in total timber value.

**5. PERIOD OF CONTRACT.** The normal operating season covers the period between 04/01 and 10/31. Contract termination date is 10/31/2014. Extensions of this contract may be granted only when the purchaser has met specified conditions.

If an appeal or lawsuit is filed challenging the decision to award this contract or upon determination by the Regional Forester that conditions existing on this timber sale are the same as, or nearly the same as, conditions existing on other timber sale(s) in appeal or litigation, Contracting Officer may delay award or reject all bids. If delay in award is for 30 days or more during Normal Operating Season after bid opening, Contracting Officer shall, upon award, adjust the contract term to include additional calendar days in one or more Normal Operating Seasons equal to the time award is delayed during Normal Operating Season.

The purchaser must submit a Plan of Operations to the Contracting Officer for approval before operations begin or within 60 days of sale award, whichever is earlier. The plan must show how the purchaser plans to complete the contract by the termination date. In addition to the Plan of Operations, the purchaser must submit an annual Operating Schedule before commencing operations. This schedule will include the anticipated major activities and needs for harvest. This annual Operating Schedule does not require concurrence of the Forest

Service.

**6. PAYMENT.** Payment for timber and any required deposits for slash disposal or road maintenance are required in advance of cutting. Purchaser may provide an acceptable payment guarantee prior to cutting. Payment for required deposits must be a cash payment. The purchaser shall make advance deposits in accordance with B(T)(P)4.212 - Advance Deposits.

The high bidder whose bid is accepted shall, at the time the contract is signed and returned by the bidder, make a downpayment pursuant to Title 36, Section 223.49, of the Code of Federal Regulations. The Contracting Officer will notify the high bidder of the amount necessary to make this payment. In no case shall the downpayment be less than 10 percent of the total advertised value and 20 percent of the bid premium. After receipt of the downpayment and a satisfactory performance bond and upon execution of the timber sale contract, the Forest Service will return the bid guarantee. A cash bid guarantee may be applied to the downpayment at the request of the purchaser. The purchaser cannot apply the amount deposited as a downpayment to cover other obligations due on the sale until stumpage value representing 25 percent of the total bid value of the sale has been charged and paid for on the statement of account.

By 11/30/2012 , the purchaser shall have paid for, or in lieu thereof, deposited cash in the amount of: (1) 50 percent of the total estimated bid premium, or (2) 35 percent of the total estimated sale value at bid date, exclusive of required deposits, rounded up to the next $100.

By 11/30/2013 , the purchaser shall have paid for, or in lieu thereof, deposited cash in the amount of 75 percent of the total estimated sale value at bid date, exclusive of required deposits, rounded up to the next $100.

If a qualified bidder elects to have the Forest Service construct specified roads, the contract shall provide for collection of not less than the full estimated cost of the roads stated in this prospectus, in addition to the current contract rate value and required deposits. Contract 2400-6 provides for collecting the estimated public works road construction cost as timber is scaled, at a rate accelerated on 80 percent of the estimated volume.

If bidder elects the road option, payment for right-of-way timber will be made in advance of cutting. The timber will be decked by the road contractor and will be made available to the purchaser when notified by Forest Service of location and availability. If purchaser and road contractor agree, purchaser may cut and remove right-of-way timber as part of the specified road construction.

**7. PERFORMANCE BOND.** A performance bond is required. The penal sum of the bond will be 10 percent of the total bid value of the sale, rounded up to the nearest $100 when the total bid value is $10,000 or less; and rounded up to the nearest $1,000 when the total bid value exceeds $10,000. In no case will the performance bond be less than $172,000.00. If an irrevocable letter of credit is used to secure the performance bond, the termination of the letter of credit must be at least 6 months past the contract termination date.

Purchaser may request inclusion of provision C(T)4.33 - Performance Bond as Security for Felled Timber to authorize deferment of payment for timber felled, but not removed, up to the penal sum of the performance bond. Contracting Officers must increase the penal sum of the performance bond as necessary to cover the estimated values of timber to be felled, but not removed. If the value of down timber exceeds the penal sum, the excess value must be covered by cash deposit or by payment bond.

**8. SPECIFIED ROADS.** The Forest Service has determined that the following National Forest System roads shall be constructed or paid for, in whole or in part, by the timber sale purchaser. Sufficient information to permit a prospective bidder to calculate the likely cost to be incurred for road construction is available at the Forest Supervisor's Office. See the sample contract for verification of specific details and information concerning construction specifications. CONSTRUCTION ESTIMATES AND INFORMATION CONTAINED HEREIN, TOGETHER WITH RELATED SPECIFICATIONS, ARE NOT GUARANTEED. The following roads are those that Forest Service considers necessary to remove the timber from this sale.

## Specified Roads

| Road Number | Road Name | Termini | | Traffic Service Level | Approximate Kilometers | Approximate Miles | Estimated Cost | Type of Work * |
|---|---|---|---|---|---|---|---|---|
| | | From | To | | | | | |
| 2052090 | 2052090 | 0 | 1.05 | D | 1.05 | 0.65 | $99,263.79 | C |
| 2300300 | 2300300 | 0 | 1.03 | D | 1.03 | 0.64 | $141,062.69 | C |
| 2360010 | 2360010 | 0 | .13 | D | 0.13 | 0.08 | $13,814.00 | C |
| 3000362 | 3000362 | 0 | .76 | D | 0.76 | 0.47 | $73,718.85 | C |
| 3000381 | 3000381 | 0 | .21 | D | 0.21 | 0.13 | $18,096.79 | C |
| 3000386 | 3000386 | 0 | .16 | D | 0.16 | 0.1 | $35,255.59 | C |
| 3035124 | 3035124 | 0 | .19 | D | 0.19 | 0.12 | $24,811.60 | C |
| 3035255 | 3035255 | 0 | .61 | D | 0.61 | 0.38 | $54,349.38 | C |
| 3036000 | 3036000 | 0 | 4.35 | D | 4.35 | 2.7 | $10,430.46 | R |

* C = Construction
R = Reconstruction

The latest specified road completion date is 12/31/2010. If provision C(T)5.13# - Road Completion Date has different dates for projects, this is the final road completion date.

Total estimated construction cost allowed in appraisal is $470,803.15

A bidder qualifying as a small business concern may elect to have the Forest Service construct the specified roads listed above. Completion dates for construction apply whether construction is performed by the purchaser or by the Forest Service. If the bidder elects Forest Service construction, it is the Forest Service's intent to perform construction through public works contract. The Forest Service shall not award the timber sale contract unless either it receives a satisfactory road construction bid or, if it fails to receive such a bid within 90 days of opening timber sales bids, the bidder agrees to perform road construction.

If purchaser elects Forest Service construction, the total estimated public works construction cost that contract provision C(T)4.12# would require to be paid in addition to current contract rates is $552,021.34.

**9. ROAD MAINTENANCE.** Purchaser shall perform or pay for road maintenance work, commensurate with purchaser's use, on roads controlled by Forest Service, and used by purchaser in connection with this sale. Road maintenance requirements are based on the predicted haul route. Any change in the purchaser's actual haul route may necessitate a change in the roads to be maintained and/or in the amount of required deposit for road maintenance. Required deposits for road maintenance are listed in Section 4 and in the sample contract. Maintenance specifications are in the sample contract.

**10. INAPPLICABLE STANDARD PROVISIONS.** See sample contract.

**11. SPECIAL PROVISIONS.** See sample contract.

**12. FINANCIAL ASSISTANCE.** The Small Business Administration (SBA) may be able to assist small business concerns in financing construction of specified roads listed in the sample timber sale contract. Such SBA assistance, if available, may be in the form of guaranteed bank loans or direct participation SBA loans. Applicants must meet SBA size and eligibility requirements. APPLICANTS ALSO MUST MEET CREDIT REQUIREMENTS OF SBA AND/OR A LOCAL BANK. APPROVAL OF LOAN ASSISTANCE RESTS WITH SBA AND IS CONTINGENT ON AVAILABILITY OF LOCAL FUNDS OR SBA FUNDS. FAILURE TO BE ELIGIBLE OR TO OBTAIN A LOAN IN NO WAY AFFECTS REQUIREMENTS OF BID FOR ADVERTISED TIMBER SALE OR THE TIMBER SALE CONTRACT. If requested by the purchaser, the timber sale contract can provide repayment of direct SBA loans through the Forest Service as the timber is cut.

**13. SET-ASIDE SALES.** Not Applicable.

**14. LOG EXPORT AND SUBSTITUTION RESTRICTIONS.** Log export restrictions for Alaska are listed in Section 21, General,

of this prospectus.

**15. EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE REVIEW.** If the total bid value plus required deposits for this contract exceeds $10 million, before award, the Forest Service shall request an equal employment opportunity compliance review of the high bidder to determine compliance with the provisions of Executive Order 11246 of September 24, 1965, as amended by Executive Order 11375 of October 13, 1967 and Executive Order No. 12086 of October 5, 1978.

**16. AWARD.** The Contracting Officer is required to make a determination of bidder responsibility as stated in Title 36, Section 223.101, of the Code of Federal Regulations.

To determine a purchaser to be responsible, a Contracting Officer must find that:

    a. The purchaser has adequate financial resources to perform the contract or the ability to obtain them;

    b. The purchaser is able to perform the contract within the contract term taking into consideration all existing contracts and Governmental business commitments;

    c. The purchaser has a satisfactory performance record on timber sale contracts. A prospective purchaser that is or recently has been seriously deficient in contract performance shall be presumed not to be responsible, unless the Contracting Officer determines that the circumstances were beyond the purchaser's control and were not created through improper actions by the purchaser or affiliate, or that the purchaser has taken appropriate corrective action. Past failure to apply sufficient tenacity and perseverance to perform acceptably under a contract is strong evidence that a purchaser is not a responsible contractor. The Contracting Officer shall consider the number of contracts involved and extent of deficiency of each in making this evaluation;

    d. The purchaser has a satisfactory record of integrity and business ethics;

    e. The purchaser has or is able to obtain equipment and supplies suitable for logging the timber and for meeting the resource protection provisions of the contract;

    f. The purchaser is otherwise qualified and eligible to receive an award under applicable laws and regulations.

Bidders, by signing the bid form, certify that, to the best of bidder's knowledge the bidder will meet the requirements in 36 CFR 223.101, determination of purchaser responsibility, and, if awarded this contract, that bidder will complete the timber sale contract and any modifications thereof in accordance with its terms including requirements to purchase, cut, and remove included timber.

**17. FALSE STATEMENTS ACT.** Bidders, by signing the bid form, certify that they are aware that bidder is subject to the penalties prescribed in 18 U.S.C. 1001, Chapter 47, Fraud and False Statements (P.L. 104-45). The Act states "whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than 5 years, or both."

**18. DAMAGES.** This contract shall be terminated for breach pursuant to paragraph 16, 19, and/or 21 of the bid form and the terms of the sample contract if: 1) bidder fails to execute a timber sale contract, furnish a downpayment, or furnish a satisfactory performance bond within 30 days of the award letter's date; or 2) bidder is found to have violated the False Statements Act in making any statement or certification on the bid form including not meeting purchaser responsibility requirements, and bidder has made a false statement. The bid guarantee shall be retained, in whole or in part, by the Forest Service to satisfy any damages that may be assessed.

**19. SUSPENSION AND DEBARMENT CERTIFICATION.** Non-procurement debarments and suspensions are governed by the Government-wide common rules (7 CFR 3017).

These rules require each timber sale purchaser, to submit a certification for itself, its principals, and its affiliates when bidding on sales. The bidder must designate its status regarding debarment, suspension, and other matters as specified on the bid form. The bidder, by signing the bid form, certifies this status. An explanation for not submitting a certification may be submitted. The Contracting Officer will determine whether the explanation provides sufficient reason for permitting participation in the bidding. Also, as a timber sale purchaser enters into transactions with subcontractors, these subcontractors must certify their eligibility. The certification titled "Subcontractor Certification Regarding Debarment, Suspension, Ineligibility, and Voluntary Exclusion" must be provided to subcontractors, but completed certifications are not required to be submitted with bid forms. Purchaser must keep these subcontractor certification forms on file for review by the Forest Service, if requested.

The certification forms and instructions for subcontractor transactions are provided as an addendum to the bid form.

**20. OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) LOGGING REGULATIONS.** Conduct of operations on this timber sale is subject to inspection for compliance with the logging operations regulations at 29 CFR 1910.266 by OSHA. This standard is applicable to the entire logging industry wherever logging operations occur. Information is available to assist purchasers to ensure compliance with the logging operations regulations during conduct of this timber sale from the U.S. Department of Labor, Occupational Safety and Health Administration, Dept of Labor, OSHA 301 W Northern Lights Blvd Suite 401, Anchorage, AK 99503, (907)271-5121.

**21. GENERAL.**

The following changes will be made to the sample contract when the Forest Service constructs specified roads:

A(T)3 - Timber Designations: "Specified Road Clearing" will be changed to "Construction Clearing" C2.323.

A(T)9 - Change the title to "Permanent Roads To Be Constructed by Forest Service."

A(T)11 and A(T)12 - Delete and replace with new pages. Add "None" as appropriate.

A28 or AT25 - Make the following changes in A28 or AT25:
    Add    C2.323 - Construction Clearing.
    Add    C4.12# - Amount Payable for Timber.
    Add    C8.41 - Limitation of Performance by Other Than Purchaser.

Prospective bidders are urged to inspect the sale area and sample contract before bidding.

The Purchaser or Purchaser's Representative should schedule a conference with the District Ranger or the Forest Service Representative for the sale before cutting begins. This meeting would provide each party an opportunity to discuss details of the contract, billing procedures, logging plans, roads to be used for hauling, and other matters pertinent to the sale.

The Purchaser may petition the Regional Forester to issue an export permit, or elect domestic processing and apply for an Alaska Cedar stumpage rate adjustment C4.13#, for 1,147 MBF of Alaska Cedar in this sale.

The Purchaser must at first offer 13 percent of the Western Red Cedar volume deemed surplus to Alaska needs, to the contiguous 48 states, and may export the balance to foreign markets. The Purchaser may petition the Regional Forester to issue an export permit, C4.133#, with a stumpage increase to be determined by a contract rate redetermination. Refer to Special Contract Provision C4.132#.

The Purchaser may petition the Regional Forester to issue an export permit, C4.134#, for 3,222 MBF of Spruce and Hemlock utility logs, if there is no local demand.

PAINT MARKS AND TAGS. Orange paint, orange tags and pink flagging identify unit boundaries. Leave trees are marked with Orange paint above and below stump height.

OPTIONAL REMOVAL. Contract Special Provision C2.12#, will be included in the contract. It allows the Purchaser the option of leaving utility logs in the unit instead of requiring their removal. Purchaser will make a lump sum payment for the estimated utility volume.

SURFACE ROCK REPLACEMENT DEPOSITS. A deferred maintenance deposit for Surface Rock Replacement will be collected on this sale under Contract Special Provision, C5.32#, Road Maintenance Deposit Schedule. Refer to Contract Special Provisions C5.32# for deposit cost information and C5.31#, Road Maintenance Requirements, for information on the specific road(s) requiring deposits.

ITEM 4, TIMBER QUANTITIES AND RATES, section of this Prospectus indicates that a Road Maintenance Deposit will be applied to all Species/Products. However, no deposits will be applied to Species/Products that are Optional Removal. This error in the Prospectus will be fixed in future advertisements. Contract Special Provision, C2.12# prevails for this advertisement and the Road Maintenance Deposits pertain only to sawlog Species/Products.