PAVEMENT USAGE: A pavement usage deposit will be collected and calculated at $.23/MBF/Mile. Total deposit collection will be $19,853.15.

Specified Road Clearing Limit: The Purchaser shall be responsible for flagging clearing limits for roads listed in Section A7 of the contract, for Forest Service approval.

ROAD TURN BACK OPTION. If the Purchaser elects Forest Service construction of Specified Roads, the Contracting Officer revises the Contract and stumpage values to account for construction cost differences. Contact the local Forest Service Office about choosing the road turn back option and how this decision may effect sale operations.

Notice of Appeal: "Bidders are hereby put on notice that the Logjam FEIS NEPA document and associated decision, which provides the authority to conduct this project, were administratively appealed pursuant to 36 C.F.R. 215. This project may therefore be subject to litigation in the future, which may result in contract suspension, modification, or termination due to litigation. To receive documentation relevant to the administrative appeal or objection noted above, please contact Kent Nicholson, 907-772-5928."

PURCHASE OR VIEW DOCUMENTS. The District Office sells road plans for $15.00. In addition, the Timber Sale Report, appraisal, sample contract and sale area map can be purchased for $15.00. Copies of road plans and contract documents are availabe for viewing without charge.

POLLUTANTS DISCHARGE. Public Law 92-500, Section 402, requires a National Pollutants Discharge Elimination System permit for any pollutants discharged in the waters of the United States. A facility operator must obtain a permit before discharging pollutants. The Federal Environmental Protection Agency administers permits for Alaska:

Regional Administrator, Permits Branch, Region X, EPA, 1200 Sixth Avenue, Seattle, WA 98101

R10-C8.662# - Limited Export of Unprocessed "Hemlock and Spruce" Logs (dated 11/09) is included in this contract. It allows the Purchaser of this timber sale to export a limited amount of unprocessed hemlock and spruce logs not to exceed 50% of the total (all species) advertised sawtimber volume listed in A2. The new "hemlock and spruce export policy does not change any existing Western red cedar or Alaska yellow cedar policy and provisions."

Recent reconstruction on segments of FS Roads 2300000 and 3000000, which are on the haul route for this sale are nearing completion. At some point in the future, the ownership and maintenance responsibility for these segments will be turned over to the State of Alaska. After that date any new roads constructed off of thes segments for this sale will require a driveway permit from the State prior to the start of construction.

The USDA is an equal opportunity provider and employer.

# *DIESEL TIMBER SALE*

## Sale #: 09124

Timber Sale Report
and
Cost Development

## 2420 Appraisals

Thorne Bay Ranger District

11/27/2009

# Table of Contents

|  | Page |
|---|---|
| **I. Introduction** | 2 |
| A. Planning History and NEPA Document | 2 |
| **II. Description of Timber Sale** | 2 |
| A. Location | 2 |
| B. Size of Sale and Cutting Units | 2 |
| C. Timber Specifics | 2 |
|    1. Timber Cruise | 2 |
|    2. Volume and Grade | 3 |
|    3. Sale Characteristics | 3-4 |
| **III. Sale Management Aspects** | 4 |
| A. Operating Period | 4 |
| B. Sale Type | 4 |
| C. Appraisal Point | 4 |
| D. Advertised Rate | 4 |
| E. Performance Bond | 4 |
| F. Bid Guarantee | 4 |
| H. Knutson-Vandenberg (KV) deposits | 5 |
| I. Salvage Sale Fund | 5 |
| J. Fire Liability Calculations | 5 |
| **IV. Silvicultural Aspects** | 5 |
| **V. Logging Systems** | 6-7 |
| **VI. Harvest Designations** | 7 |
| **VII. Transportation Facilities** | 7 |
| A. Specified Roads | 7 |
| B. Temporary Roads | 7 |
| C. Right-of-Way | 8 |
| **VIII. Other Land Management Aspects and Special Conditions** | 8 |
| **IX. Mobilization and Camp Development** | 8 |
| **X. Summary of Constructed Costs** | 8 |
| A. Pre and post haul maintenance | 8 |
| B. Surface Rock Replacement / Pavement Usage Deposits | 8 |
| **XI. Units Summaries** | 9-17 |
| **XII. Quality Control Certification** | 18 |
| **Appendix A: Timber Sale Appraisal** | 19-25 |
|    • Constructed Cost Summary | |
|    • Base Year Quarterly Selling Values | |
|    • Base Year Manufacturing Costs | |
|    • Logging Calculations | |
|    • Appraisal Input | |
|    • 2400-17 RV Appraisal of Record | |

# DIESEL Timber Sale

## I. Introduction

A. Planning, History and NEPA Document

The Diesel Timber Sale is part of the Tongass National Forest's five-year timber sale plan, within the Logjam Timber Sale Final Environmental Impact Statement. Forrest Cole, Forest Supervisor, signed the Logjam Timber Sale Record of Decision on June 11, 2009. A copy of the ROD and other relevant NEPA documents are available at the Thorne Bay Ranger District located in Thorne Bay, AK, or at the Forest Supervisor's office in Ketchikan, AK.

## II. Description of Timber Sale

A. Location

The Diesel Timber Sale is located on central Prince of Wales approximately eight miles east of Naukati, Alaska, within the boundaries of the Thorne Bay Ranger District of the Tongass National Forest.

The legal description of the sale area is: T68S, R80E Sections 14, 23, 26, 27, 34, 35 & 36; T69S, R80E Sections 13 & 24; T69S, R81E Sections 3, 4, 5, 8, 9, 10, 11, 15, 16, 18, 19, 20, 21, 22, 27, 28, 30, 33 &34; T70S, R81E Sections 4, 9, 10, 15,16, 21 & 22, Copper River Meridian.

All timber volume is appraised for haul to Klawock, Alaska.

B. Size of Sale and Cutting Units

The sale area is approximately 6,694 acres. The sale consists of 29 harvest units totaling 1,156.4 acres, and 8.1 acres of timbered right-of-way outside units, for a sale total of 1,164.5 acres. Boundaries are marked with orange paint, orange tags and pink flagging.

C. Timber Specifics

1. Timber Cruise
The volume estimates for this sale were derived from a variable plot, point-count-measure cruise method. The sampling error for the sale volume is 15.40%. The cruise was calculated in MBF using FSCruiser.

The minimum tree and piece specification is 9.0 inches DBH, containing a 12-foot long, 6-inch top diameter minimum for sawlogs.

2. Volumes and Grade

**Volume in MBF by Species**

| Volume | Sitka Spruce | Hemlock | Alaska-Cedar | Western Redcedar | Total |
|---|---|---|---|---|---|
| **Sawlog Net Volume** | 3,108 | 11,521 | 1,147 | 4,855 | **20,631** |
| **Utility** | 341 | 2,881 | - | - | **3,222** |
| **Total** | 3,449 | 14,402 | 1,147 | 4,855 | **23,853** |

*Removal of Utility Volume will be optional.

**Sawlog Grade Distribution in MBF***

| Species | Diameter Group | Peeler/ Select | #1 Saw | #2 Saw | #3 Saw | Special Mill |
|---|---|---|---|---|---|---|
| Alaska Yellow Cedar | 6-11 | | | | 333.49 | |
| | 12-17 | | | 410.05 | 81.62 | |
| | 18-23 | | | 128.48 | 26.00 | 118.41 |
| | 24+ | | 47.79 | | | |
| Sitka Spruce | 6-11 | | | | 217.29 | |
| | 12-17 | | | 426.92 | 164.37 | |
| | 18-23 | | | 609.87 | 18.28 | 98.40 |
| | 24+ | 296.30 | 522.62 | 752.97 | | |
| Western Red Cedar | 6-11 | | | | 942.40 | |
| | 12-17 | | | | 1288.89 | |
| | 18-23 | | | 193.16 | 1286.99 | |
| | 24+ | | | 836.77 | 304.98 | |
| Western Hemlock | 6-11 | | | | 3214.28 | |
| | 12-17 | | | 1988.91 | 700.60 | |
| | 18-23 | | | 2601.71 | 122.97 | 1292.69 |
| | 24+ | | 1079.40 | 372.43 | | 149.64 |

* Volume totals will vary slightly from the RV matrix due to rounding.

3. Sale Characteristics

| Sale Characteristics (MBF) |
|---|
| 32 ft. Logs/MBF, gross = 4.77 |
| Average Net Volume/Acre = 20.48 |
| % Woods Defect = 49.59 |
| % Scaling Defect = 36.20 |
| Weighted Average DBH = 17.05 |

| % Net Sawlog Removed by System |
|---|
| Shovel CC= 76% |
| Short Cable CC = 24% |

## III. Sale Management Aspects

A. Operating Period.

The Diesel Timber Sale is planned for operations to be completed in **5** normal operating seasons. The normal operating season runs from April 1st through October 31st. Termination date will be **October 31st, 2014.**

C. Appraisal Point.

This sale has been appraised to Klawock. Sale weighted average truck haul to Klawock is 38.3 miles one way.

D. Advertised Rates.

The Diesel Timber Sale was appraised using the R-10 Residual Value (RV) Appraisal Spreadsheet, 4th Quarter 2008. The appraised value for sawtimber is **$1,713,251.40.** The appraised total sale value including Utility at fixed rates is **$1,719,695.40.**

### Rates by Species

| Species | BASE Rates MBF | Advertised Rates MBF |
|---|---|---|
| Hemlock Sawlog | $2.00 | $2.00 |
| Western Red Cedar Sawlogs | $10.00 | $175.45 |
| Spruce Sawlogs | $6.00 | $147.25 |
| Alaska Yellow Cedar Sawlogs | $10.00 | $ 331.95 |
| Hemlock Pulpwood | $2.00 | $2.00 |
| Spruce Pulpwood | $2.00 | $2.00 |

E. Performance Bond.

The minimum performance bond for the Diesel Timber Sale is $172,000.00.

F. Bid Guarantee.

A bid guarantee is required. The penal sum of the guarantee will be 10 percent of the total advertised value of the sale, rounded up to the next $100. The minimum required bid guarantee for this sale is $172,000.00.

4

Acres by Logging System and Harvest Prescription

| Logging System | Acres |
|---|---|
| Shovel | 890.0 |
| Skyline | 274.5 |
| Total | 1,164.5 |

| Harvest Prescription | Acres |
|---|---|
| Clearcut | 849.2 |
| Leave Tree Mark | 315.3 |
| Total | 1,164.5 |

## VI. Harvest Designations - Tree Marking

All unit boundaries are marked with pink flags, orange tags and orange paint. All Leave Trees are marked with an orange ring encircling the tree at approximately DBH and a stump mark.

## VII. Transportation

A. **Specified Roads** – Specified Road construction cost has been appraised at $460,372.69 including construction of **2.57** miles of specified road. Specified Road reconstruction cost has been appraised at $10,430.46.

B. **Temporary Roads** - Temporary Roads costs have been appraised at **$1,228,317.20**. Costs include construction of 11.66 miles of temporary road including landings and drainage structures in 25 units. Landings of 500 square feet have been appraised for shovel and small yarder landings, and landings of 1500 square feet have been appraised for large yarder landings.

| Unit Number | Miles |
|---|---|
| 10 | 0.87 |
| 13 | 0.51 |
| 14 | 0.2 |
| 16 | 0.45 |
| 18 | 0.38 |
| 21 | 0.38 |
| 24 | 0.57 |
| 25 | 1.17 |
| 26 | 0.29 |
| 30 | 0.2 |
| 31 | 0.35 |
| 32 | 0.43 |
| 34 | 0.15 |

| Unit Number | Miles |
|---|---|
| 35 | 0.37 |
| 37 | 0.2 |
| 40 | 0.23 |
| 41 | 0.38 |
| 43 | 2.02 |
| 46 | 0.26 |
| 54 | 0.32 |
| 57 | 0.44 |
| 58 | 0.26 |
| 59 | 0.6 |
| 60 | 0.2 |
| 61 | 0.43 |
| Totals | 11.66 |

| Base Year 2007 and Quarterly Values | SS | HEM | AYC | WRC | |
|---|---|---|---|---|---|
| Appraisal Group Species Code | 098 | 263 | 042 | 242 | Avg |
| BY 2007 Sawn SV MBF LS w/By_Product fob AK | $774.25 | $431.93 | | $1,398.70 | |
| BY 2007 FM Export ayc hs SV MBF LS fas AK | $ 549.26 | $ 478.27 | $757.06 | | |
| BY 2007 Sawn mfg Cost MBF LS w/By_Product | $351.29 | $342.46 | | $443.74 | $379.16 |
| BY 2007 FM Export Log Mfg Cost MBF LS at mill | $ 76.19 | $ 76.19 | $ 76.19 | $ 76.19 | |
| 2008 Q4 Sawn SV : Quarterly Update | 1.021 | 0.828 | | 0.757 | |
| 2008 Q4 FM Export Log SV Quarterly Update | 1.022 | 1.020 | 1.136 | | |
| P&R % Domestic Manufacturing | 12% | 12% | | 12% | |
| P&R % Log Export or L48 sales | 10% | 10% | 10% | | |