

United States Department of Agriculture

Forest Service
R10-MB-603b

January 2008



# Tongass National Forest

# Land and Resource Management Plan

TCS v. Forest Service Case 3:10-cv-00006-TMB   Document 42-5   Filed 02/01/10   Page 1 of 7 Ex. Exhibit 3 Page 1 of 7

# 4 Standards and Guidelines

3. Stream crossing structures requiring aquatic organism passage will be designed to current standards by qualified professionals.
4. Consult applicable BMPs (see FSH 2509.22).
5. Consult and improve the inventory of identified fish stream crossings.
6. As per the Memoranda of Understanding (MOU) between the Forest Service and the Alaska Department of Natural Resources, culvert installation, stream alignment, or diversions; dams; low-water crossings; and construction, placement, deposition, or removal of any material or structure below ordinary high water may require State of Alaska concurrence.
7. Overall, the intent is to not disrupt the migration or movement of aquatic organisms, but occasionally it is not feasible to protect some sections of habitat and movement will be restricted. In determining feasibility, consider the following:
    a) Presence of known sensitive, isolated, or unique fish populations.
    b) Extent and quality of available habitat and how it is affected by the location of the stream crossing.
    c) Cumulative impacts of restricting fish passage at multiple sites in the same watershed.
    d) Upstream and downstream linkages between the anadromous and resident life strategies of the same species.
    e) Advice from the Alaska Department of Fish and Game (ADF&G) and ADNR.
    f) Length of time that a stream structure will restrict movement.
    g) Cost of providing ideal passage conditions compared to less than ideal conditions.
    h) Availability of suitable, cost-effective compensatory mitigation projects.
8. The discharge of dredge or fill material from normal silviculture activities such as timber harvest is exempt from Clean Water Act Section 404 permitting requirements in waters of the United States (404(f)(1)(A). Forest roads qualify for this exemption only if they are constructed and maintained in accordance with BMPs specified in 33 CFR 323.4(a). These BMPs have been incorporated into BMP 12.5 in the Alaska Region's BMP Handbook (FSH 2509.22).

V. Management Indicators
   A. Use Forest Plan management indicators to evaluate the potential effects of proposed project management activities affecting fish habitat.

VI. Management Activities
   A. Maintain a fish program schedule that includes anticipated inventory needs, proposed habitat improvement and maintenance projects, and monitoring requirements.

VII. Coordination
   A. Coordinate activities that affect fish resources with other Forest disciplines through the Interdisciplinary Team process, and with state, other federal, and local agencies and groups.
      1. Develop and maintain Memoranda of Understanding/Agreements with appropriate state, federal, and local agencies, and aquaculture associations.
      2. Coordinate with the state and federal agencies, and the Pacific Northwest Research Station, to maintain a continuous program for research, monitoring, and assessment of impacts of land-use activities on fish habitat.
   B. Consider the influence of proposed management activities on fishing use patterns.
   C. Consider effects of off-highway vehicle (OHV) travel and road closures on fish habitat and populations.

VIII. Projects
   A. Use the following priority for fish habitat project work: mitigation for unplanned impacts, rehabilitation/restoration, and enhancement. For both mitigation and rehabilitation, consider alternatives for cost efficiency of performing off-site enhancement (enhancement of a different area than where the impact actually occurs).

*Fish*     4-12     *Tongass Forest Plan*
*January 2008*
TCS v. Forest Service, 3:10-cv-00006-TMB     Case 3:10-cv-00006-TMB     Document 42-5     Filed 02/01/10     Page 2 of 7     Pls' Exhibit 3 Page 2 of 7

# 4 Standards and Guidelines

# RIPARIAN
## Forest-wide Standards and Guidelines

**Riparian area: RIP1**
I.  Definition
    A.  Riparian areas encompass the zone of interaction between aquatic and terrestrial environments associated with streamsides, lakeshores, and floodplains, and display distinctive ecological conditions characterized by high species diversity, wildlife value, and resource productivity.

II. Objectives
    A.  Maintain riparian areas in mostly natural conditions for fish, other aquatic life, old-growth and riparian-associated plant and wildlife species, water-related recreation, and to provide for ecosystem processes, including important aquatic and land interactions. For further direction, refer to the Fish, Wildlife, Recreation and Tourism, Beach and Estuary Fringe, and Soil and Water Forest-wide Standards and Guidelines, as well as the Riparian Standards and Guidelines criteria for each process group contained in Appendix D. The following is a list of objectives pertaining to riparian areas. (Consult Forest Service Manual [FSM] 2526.)
        1.  Protect riparian habitat.
        2.  Manage riparian areas for short- and long-term biodiversity and productivity.
        3.  Maintain natural streambank and stream channel processes.
        4.  Maintain natural and beneficial quantities of large woody debris over the short and long term.
        5.  Protect water quality by providing for the beneficial uses of riparian areas. (Consult Best Management Practices [BMPs], Chapter 10 of the Soil and Water Conservation Handbook, FSH 2509.22.)
        6.  Maintain or restore the natural range and frequency of aquatic habitat conditions on the Tongass National Forest to sustain the diversity and production of fish and other freshwater organisms.
        7.  Consider the management of both terrestrial and aquatic resources when managing riparian areas. Consider the effects of terrestrial and aquatic processes on aquatic and riparian resources.
        8.  In watersheds with intermingled land ownership, cooperate with the other landowners in striving to achieve healthy riparian areas.
        9.  Design and coordinate road management activities to provide for the needs of wildlife and provide passage of fish at road crossings. (Consult the Fish Forest-wide Standards and Guidelines and the Aquatic Habitat Management Handbook, Forest Service Handbook [FSH] 2090.21.)
        10. Evaluate the effect of management (including windthrow) of adjacent areas on riparian habitats.
        11. Coordinate and consult with state and federal agencies on riparian management issues, as appropriate. Coordinate activities that affect the Coastal Zone with the State of Alaska to ensure consistency, to the maximum extent practicable, with the enforceable policies of the Alaska Coastal Management Program.
        12. Coordinate and consult with Alaska Department of Environmental Conservation (ADEC) regarding management of public water systems source watersheds.

**RIPARIAN PLANNING: RIP2**
I.  Project Planning
    A.  Identify and delineate Riparian Management Areas (RMAs) for each project where ground disturbance will occur or resources will be extracted. RMAs are areas of special concern to fish, other aquatic resources, and wildlife. They are generally delineated as identified in the Process Group direction in the Riparian Forest-wide Standards and Guidelines. Riparian

*Riparian*         4-50         *Tongass Forest Plan*
*January 2008*
TCS v. Forest Service, 3:10-cv-06     Case 3:10-cv-00006-TMB     Document 42-5     Filed 02/01/10     Page 3 of 7 Exhibit 3 Page 3 of 7

5. When stream crossings are required to harvest timber, assess the environmental effects of road crossings versus yarding corridors, and select the action of least environmental impact where practicable.
6. Streamcourse protection plans (consult BMP 13.16) are required for harvesting activities within the required minimum 100-foot buffers designated in E(1) above.
    a) Provide thorough documentation of RMA design and BMP mitigation provision on timber sale unit cards and maps. "As-laid-out" (or phase II) unit cards are a useful tool for facilitating application of RMA and streamcourse protection during sale administration, and for monitoring compliance with and implementation of Riparian Forest-wide Standards and Guidelines.
7. Allow no timber salvage within 100 feet in width on each side of Class I streams or on those Class II streams that flow directly into Class I streams. In addition, allow no timber salvage in RMAs defined for each process group, with the following exception: salvage could be allowed, with Line Officer approval, following watershed analysis if the salvage activity is needed to meet or further riparian management objectives for the process group (see Appendix C for guidance on watershed analysis). RMA salvage timber will not contribute toward the Allowable Sale Quantity.
8. Plan timber harvest settings that cross or are immediately adjacent to streamcourses (Class I, II, III, and IV Channels) so as to avoid adverse impacts to RMAs, and soil and water resources. (Consult FSH 2409.18 and FSH 2509.22.)
9. Stream process group-specific standards and guidelines for timber harvest are presented in Appendix D, along with descriptions of each process group and channel type. The standards and guidelines (except for the minimum 100-foot buffers required by TTRA) may be adjusted for a project on a site-specific basis following completion of a watershed analysis. Adjustments to the standards and guidelines may be made only if the objectives of the process group(s) can be met. Consult Appendix C for direction on watershed analysis.

F. Wildlife Resources
1. Integrate RMAs into any modifications to the design and location of small old-growth reserves. (Consult the Old-growth Habitat LUD.)
2. Use riparian corridors in the design of wildlife travel corridors to provide horizontal connectivity between watersheds, and vertical connectivity between lowland and alpine areas.
3. Consider wildlife needs in the design and management of RMAs. Give special emphasis to habitats of riparian associated species, for example, designated brown bear feeding areas. (See Wildlife Forest-wide Standards and Guidelines.)

G. Transportation Systems
1. Use road closures, maintenance, and other measures to keep road-surface and road-side erosion at low or near background levels. Ensure long-term fish passage through structures at road crossings on Class I and II streams as described in Process Group direction and the Fish Standards and Guidelines. Utilize BMPs (BMP 14-20) to control effects of transportation systems on water quality and fish habitat. Also refer to the Alaska Forest Practices Act (11AAC 95.320) for road closure requirements.

*Tongass Forest Plan*
*January 2008*
4-53
*Riparian*

TCS v. Forest Service, 3:10-cv-00006-TMB   Case 3:10-cv-00006-TMB   Document 42-5   Filed 02/01/10   Page 4 of 7   Pls' Exhibit 3 Page 4 of 7

# 4 Standards and Guidelines

II. *Watershed Analysis and Cumulative Watershed Effects*
   A. Watershed analysis (Appendix C) is required in the following circumstances:
      1. Before making site-specific adjustments to Forest-wide Riparian Standards and Guidelines (including timber salvage in riparian areas).
      2. Before authorizing management activities in public water system source watersheds. A watershed analysis must be documented as part of the NEPA decision in these circumstances.
      3. Watershed analysis (as described in Appendix C) is otherwise not required, but may be conducted at the discretion of the responsible line officer.
   B. Minimize cumulative watershed effects that could adversely affect soil and water resources and change stream channel equilibrium, such as 1) changes in sediment transport or stream flow leading to stream aggradation, degradation, and/or streambank erosion; 2) silting in of pools; and 3) reduction in aquatic habitat capability. Evaluate cumulative effects at the watershed scale during project planning and analysis; consider completing a watershed analysis. (Consult BMP 12.1 [Soil and Water Conservation Handbook, FSH 2509.22] for cumulative watershed effects analysis guidance.)

III. *Public Water Systems/Domestic Source Waters*
   A. Secure "favorable conditions of water flows" (Organic Administration Act of 1897). Maintain water quality consistent with Alaska Water Quality Standards (18 AAC 70) and protect source watersheds consistent with the federal Safe Drinking Water Act and the Alaska Drinking Water Regulations (18 AAC 80). Do not authorize activities that create or maintain a condition that has a significant potential to cause or allow the pollution or contamination of a public water system. Conduct watershed analysis (see Appendix C) and consult with the Alaska Department of Environmental Conservation and the water system owner/operator before authorizing management activities in source watersheds for public water systems. Develop appropriate site-specific BMPs for all management activities that may affect public water supplies. Refer to FSM 2542 and 36 CFR 251.9 for guidance. Refer to 18 AAC 80.620(c)(3) for systems that seek to avoid filtration.
      1. In Municipal Watershed LUDs, refer to the Municipal Watershed LUD Management Prescriptions.
      2. For state classified public water systems (Class A and B systems as defined by 18 AAC 80.1190), consult with ADEC and owners or operators of public water systems to meet watershed protection needs on a case-by-case basis.
      3. For other domestic source water systems, apply appropriate BMPs for all management activities that may affect the water supply.

**Watershed Restoration: SW4**
I. *Soil and Water Quality Protection and Restoration*
   A. Protect or restore water quality and sustain soil productivity.
      1. Conduct Watershed Condition Surveys and develop Watershed Restoration Plans to determine treatment priorities and needs. Consideration of treatment needs should include evaluating changed fish habitat and population levels, riparian vegetation community structure and function, and hydrology, as measured against natural conditions predicted by baseline objectives (see Fish Forest-wide Standards and Guidelines). Identify and prioritize needs in the NRIS Watershed Restoration Tracking database. Complete watershed restoration project plans and coordinate with fish habitat restoration projects. Include projects in Sale Area Improvement Plans and use K-V funds as appropriate. (Consult FSM 2510 and 2520.)
      2. Give priority to cost-effective watershed restoration projects with the most erodible conditions directly affecting the beneficial uses of water.
      3. For revegetation of disturbed sites, erosion control, fire rehabilitation, riparian restoration, forage enhancement, and other revegetation projects, consider natural revegetation as an alternative to seeding or planting. Encourage natural revegetation where seed source and soil conditions are favorable. Use native species of seeds and plant in revegetation projects where seeding or planting is appropriate. Native plant material sources

5. Northern goshawk and osprey nest protection standards are included under Threatened, Endangered, and Sensitive species Forest-wide Standards and Guidelines for wildlife (WILD4).

XIV. *Alexander Archipelago Wolf*
 A. Implement a Forest-wide program, in cooperation with ADF&G and USFWS, to assist in maintaining long-term sustainable wolf populations.
 1. Where wolf mortality concerns have been identified, develop and implement a Wolf Habitat Management Program in conjunction with ADF&G. To assist in managing legal and illegal wolf mortality rates to within sustainable levels, integrate the Wolf Habitat Management Program (including road access management) with season and harvest limit proposals submitted to federal and state boards.
 a) Participate in interagency monitoring of wolf populations on the Forest.
 b) Where wolf population data suggest that mortality exceeds sustainable levels, work with ADF&G and USFWS to identify probable sources of mortality. Examine the relationship among wolf mortality, human access, and hunter/trapper harvest. Conduct analyses for smaller islands (e.g., Mitkof Island), portions of larger islands, or among multiple wildlife analysis areas (WAAs).
 c) Where road access and associated human-caused mortality has been determined, through an interagency analysis, to be a significant contributing factor to locally unsustainable wolf mortality, incorporate this information into Travel Management planning and hunting/trapping regulatory planning. The objective is to reduce mortality risk and a range of options to reduce this risk should be considered. In these landscapes, both open and total road density should be considered. Total road densities of 0.7 to 1.0 mile per square mile or less may be necessary. Options shall likely include a combination of Travel Management regulations, establishing road closures, and promulgating hunting and trapping regulations to ensure locally viable wolf populations. Local knowledge of habitat conditions, spatial locations of roads, and other factors need to be considered by the interagency analysis rather then solely relying upon road densities. Road management objectives would be developed and implemented through an interdisciplinary Access and Travel Management or comparable process. (See Transportation Forest-wide Standards and Guidelines.) Suggested wolf hunting and trapping changes would be developed and forwarded to the Federal Subsistence Board and the Alaska Board of Game.
 2. Provide, where possible, sufficient deer habitat capability to first maintain sustainable wolf populations, and then to consider meeting estimated human deer harvest demands. This is generally considered to equate to the habitat capability to support 18 deer per square mile (using habitat capability model outputs) in biogeographic provinces where deer are the primary prey of wolves. Use the most recent version of the interagency deer habitat capability model and field validation of local deer habitat conditions to assess deer habitat, unless alternate analysis tools are developed. Local knowledge of habitat conditions, spatial location of habitat, and other factors need to be considered by the biologist rather than solely relying upon model outputs.
 3. Design management activities to avoid abandonment of wolf dens.
 a) Maintain a 1,200-foot forested buffer, where available, around known active wolf dens. Road construction within the buffer is discouraged and alternative routes should be identified where feasible. No road construction is permitted within 600 feet of a den unless site-specific analysis indicates that local landform or other factors will alleviate potential adverse disturbance.
 b) If a den is monitored for 2 consecutive years and found to be inactive, buffers described in a), above, are no longer required. However, in the spring, prior to implementing on-the-ground management activities (timber harvest or road construction), check each known inactive den site to see if it has become active.

*Tongass Forest Plan*
*January 2008*
4-95
*Wildlife*

TCS v. Forest Service, 3:10-cv-00006-TMB   Case 3:10-cv-00006-TMB   Document 42-5   Filed 02/01/10   Page 6 of 7   Pls. Exhibit 3 Page 6 of 7

# 4 Standards and Guidelines

XV. *Mountain Goat*
   A. Provide for the long-term productivity of mountain goat habitat and viability of mountain goat populations, both native and introduced.
      1. Locate facilities and concentrated human activities as far from important wintering and kidding habitat as feasible.
         a) Where feasible, locate facilities, camps, LTFs, campgrounds, and other developments 1 mile or more from important wintering and kidding habitat.
         b) If the 1 mile or more distance cannot be achieved, mitigate possible adverse impacts by seasonally restricting or regulating human use and other site-specific mitigation measures.
      2. Forest Service and State of Alaska permitted or approved aircraft flights (fixed wing and helicopter), including helicopter yarding of timber, should maintain a 1,500-foot vertical or horizontal clearance from traditional summer and kidding habitat and animals whenever feasible. Where feasible, flight paths should avoid known mountain goat kidding areas from May 15 through June 15. Pilots will not compromise safety.
      3. Where feasible, maintain mountain goat important winter habitat capability. During project planning, use the most recent version of the interagency mountain goat habitat capability model, which shows the most important habitat to generally be productive old-growth forest within 1,300 feet of escape terrain (greater than 50 percent slope or cliff). Travel corridors used by mountain goats between important seasonal sites should be identified and maintained, especially when they occur in forested areas.

XVI. *Marbled Murrelet*
   A. Cooperate and coordinate with state and other federal agencies to better understand the life history requirements and distribution of the marbled murrelet. Nesting habitat relationships are poorly understood.
   B. If nests are found during project implementation, maintain a 600-foot, generally circular, radius of undisturbed forest habitat surrounding identified murrelet nests, where available. Minimize disturbance activities within this buffer during the nesting season (May 1 to August 15). Maintain the buffer zone and monitor the site for nesting activity for not less than two nesting seasons after nest discovery. Maintain the buffer if the nest site is active during the monitoring period. Buffer protection may be removed if the site remains inactive for two consecutive nesting seasons.

XVII. *Moose Habitat*
   A. Develop habitat management direction for moose habitats. Coordinate planning with ADF&G.
      1. During project planning, inventory vegetative conditions in moose habitat areas to help identify short- and long-term changes in habitat conditions, and to assess the effects of various management activities.
      2. Plan habitat improvement projects utilizing a variety of techniques such as silvicultural treatments, young-growth management activities, prescribed burning, planting, and other vegetative manipulation techniques as appropriate.
      3. Coordinate other resource management activities to maintain or improve habitat conditions for moose. Where roads and human access are adversely affecting moose populations, incorporate this information into Travel Management planning objectives.

XVIII. *American Marten*
   A. Implement a Forest-wide program, in cooperation with ADF&G, to provide and conserve habitat to assist in maintaining long-term sustainable marten populations.
      1. Where marten mortality concerns have been identified, cooperate with ADF&G to assist in managing marten mortality rates to within sustainable levels. Both access management on National Forest lands and hunter/trapper harvest regulations administered by the ADF&G shall be considered.
         a) Participate in interagency monitoring of marten populations on the Forest. (See also Legacy Forest Structure Standards and Guidelines.)

*Wildlife* 4-96 *Tongass Forest Plan January 2008*

TCS v. Forest Service, 3:10-cv-00 Case 3:10-cv-00006-TMB   Document 42-5   Filed 02/01/10   Page 7 of 7 Ex. Exhibit 3 Page 7 of 7