

United States
Department of
Agriculture

**Forest Service**

Tongass National Forest
R10-MB-701a

June 2009



# Logjam Timber Sale

# Record of Decision

**Thorne Bay Ranger District
Thorne Bay, Alaska**



TCS v. Forest Service,
Case No. 3:10-cv-00006-TMB

Case 3:10-cv-00006-TMB   Document 186-1   Filed 10/04/10   Page 1 of 11

627_4001

# Record of Decision

# Logjam Timber Sale

USDA Forest Service
Thorne Bay Ranger District
Tongass National Forest
Alaska

## Summary

The Logjam Timber Sale Record of Decision (ROD) describes my decision on the Selected Alternative, which is Alternative 5 as modified for the Logjam Final EIS.

The Selected Alternative will harvest timber from 3,422 acres of commercial forest land to contribute approximately 73 million board feet (MMBF) of sawlog and utility timber volume to the Tongass National Forest timber sale program. The timber will be harvested by ground-based logging systems or by helicopter. Both even-aged management (clearcut) and two-aged management (partial harvest) will be used. The Selected Alternative includes construction of 5 miles of National Forest System (NFS) road and associated access management objectives, and 17 miles of temporary road. No inventoried roadless areas are included in the Selected Alternative. Design features of timber harvest units in this decision are described in detail on the unit cards in Appendix 1 of the ROD.

Implementation of a portion of the roads and units in the Selected Alternative will be delayed until ongoing acid rock drainage response activities associated with the Coffman Cove Road in the project area are completed. This delay will allow the completion of the reconstruction of the Coffman Cove Road, which will be used as part of the haul route.

## Project Location

The Logjam Timber Sale project area is located on Prince of Wales Island, and is within the Thorne Bay Ranger District, about 23 air miles northwest of Thorne Bay, Alaska, 60 miles northwest of Ketchikan, Alaska and 3 miles south of Coffman Cove, AK (see Map R-1). The Logjam project area encompasses 56,133 acres of north Prince of Wales

# Record of Decision

Island. Elevation ranges from sea level to over 2,500 feet in the headwaters of Logjam Creek. Most of the Logjam project is within value comparison units (VCUs) 5730 and 5770. There are 125 miles of existing NFS roads and 46 miles of decommissioned temporary roads within the project area. The Coffman Cove Road, also known as Forest Highway 44 (connected segments of the FSR 23, FSR 30, and FSR 3030) is the newly paved two-lane highway that connects the project area to the communities of Thorne Bay and Craig with Coffman Cove via the State of Alaska highway system on Prince of Wales.

Map R-1
Logjam Project Area Vicinity Map



Logjam Timber Sale Record of Decision    ROD ■ R-3
TCS v. Forest Service, Case 3:10-cv-00006-TMB    Document 18-1   Filed 10/04/10   Page 4 of 11
Case No. 3:10-cv-00006-TMB    Exhibit 1 Page 4 of 1

## Decision

My decision includes timber harvest and the associated roads from Alternative 5 as displayed in the Logjam Final EIS. After publication of the Draft EIS, minor modifications to this alternative were made and are discussed in the Final EIS. The units and roads for this project are located in Appendices 1 and 2 of this ROD. Considerations made in the selection for this decision include:

- incorporating direction in the 2008 decision of the Forest Plan Amendment and responding to the Tongass Adaptive Management Strategy;
- managing previously developed areas more intensely to minimize the need for new development in higher-value inventoried roadless areas;
- the needs of the communities surrounding the project area;
- maximizing the amount of ground-based logging while minimizing the effects on resources; and
- including enough volume that would be harvested with a helicopter and focusing on timber value through two-aged management to offset the costs of the staging and use of a helicopter for logging.

Implementation of some units and roads will be delayed until ongoing acid rock drainage response activities in the project area (described below) are complete. This includes the following units and associated roads: 573-62 through 573-65; 573-67 through 573-69; 573-71; 573-73 through 573-77; 573-83 and 573-85. This will also delay the construction and reconstruction of the following National Forest System roads: 3030710-2, 3030720-3, and 3030820. This affects about 1,130 acres (18.7 MMBF) and 6 miles of NFS and temporary road construction of the Selected Alternative.

### Description of the Selected Alternative

The Selected Alternative will harvest timber on 3,422 acres of commercial forest land to contribute approximately 73 million board feet (MMBF) of sawlog and utility volume to the Tongass National Forest timber sale program. Timber harvest will be either even-aged management (clearcuts or clearcuts with reserves) or two-aged management. Design features of timber harvest units in this decision are described in detail on the unit cards in Appendix 1 of the ROD.

The Selected Alternative includes construction of 5 miles of National Forest System (NFS) road and 17 miles of temporary road. About 2.8 miles of road would be reconstructed. All newly constructed NFS roads will be placed in storage after timber sale activities are completed. Temporary roads will be decommissioned and allowed to revegetate after harvest. The Road Management Objectives (RMOs) for ongoing maintenance and design features of the new NFS roads for this decision are described in detail on the road cards in Appendix 2 of the ROD. The RMOs for the existing roads are summarized on a table in Appendix 2. Temporary roads are included on the unit cards, Appendix 1. If needed, the Coffman Cove, Thorne Bay, or Naukati LTFs may be used to transport the timber from Prince of Wales Island to other locations using barging and/or rafting as the permit allows.

Transportation maps showing the road system are in the Final EIS, and maps showing the road system under the Selected Alternative are at the end of this ROD.

# Reasons for the Decision

In making my decision, I considered the objectives to meet the purpose and need for this project as well as the issues and concerns raised during scoping, and comments on the Draft EIS, both in support and opposing this project. I considered Forest Plan direction relevant to this project and the competing interests and values of the public. I considered all viewpoints and incorporated them where feasible and consistent with the purpose and need of the project.

I evaluated the trade-off between resource protection and social values. The Selected Alternative provides a beneficial mix of resources for the public, within a framework of existing laws, regulations, policies, public needs and desires, and the capabilities of the land, while meeting the stated purpose and need for this project. My decision to implement the Selected Alternative conforms to the Forest Plan and National Forest Management Act (NFMA).

I considered the need to manage this timber resource on the Tongass in order to produce an even-flow of sawtimber and other wood products. Appendix A describes the process that maintains a steady supply of timber and how each project goes through a series of steps before timber can be offered from the National Forest. I considered the concerns for providing economical timber sale offerings and the need to meet annual demand for timber. This decision provides about 73 MMBF toward meeting the timber industry needs in Southeast Alaska timber industry. This volume includes both sawtimber volume and utility volume. Although there are few markets within Southeast Alaska for utility volume at this time, this component may meet future needs especially if the need for alternative fuels increases.

I realize that the financial efficiency of the Selected Alternative has decreased since the analysis was done for the Draft EIS. However, the development of economic sales appears to be possible even though there continues to be a current downward trend in the timber markets. At this time, not all of the timber may be economical to offer; I also needed to consider the fluctuation of timber markets, the length of time that it takes to do field review and analyses on a project of this size, the timber volume available and the relative effects of each alternative. The first sale of approximately 30 MMBF of timber is planned to be offered in FY 09. Subsequent sales will be added to the 5-year timber sale plan, through the process described in Appendix A of the Logjam Final EIS.

Potential annualized jobs that could be supported are estimated between 251 and 356. The range of these jobs accounts for possible differences if the purchaser elects to ship material to the lower 48 states under the limited interstate shipping policy or export policies. The higher end of this range accounts for all material processed locally including Alaska yellow-cedar and western redcedar. The purchasers may elect to process all the sawlogs, including Alaska yellow-cedar and western redcedar, locally, which is the upper range of these jobs. As well, purchasers could elect to ship up to 50 percent of the total sawlog volume of all species, and 100 percent of the utility volume to other markets. The latter represents the lower end of this range of jobs and would reduce support for local sawmilling jobs. For this project, this could be primarily interstate shipment to the lower 48 of unprocessed Sitka spruce and western hemlock sawlogs that are: a) smaller than 15 inches in diameter at the small end of a 40-foot log; or b) grade 3 or grade 4 logs of any diameter. Currently, western redcedar is identified as surplus to Alaska's domestic needs and all Alaska yellow-cedar may be shipped to domestic and foreign markets at the purchaser's options.

# Record of Decision

I have considered the concerns about effects to aquatic systems downstream of the Coffman Cove Forest Highway (FH 44) that occurred during the reconstruction of this road by the Western Federal Lands Highway Division in 2006 thru 2008. Pyrite-rich rock obtained from a single quarry used for reconstructing FH44 resulted in acid rock drainage from 3.5 miles of FH44. Acid rock drainage impacts (decreased pH and elevated dissolved metals) were observed downstream of the road in seven streams. The Forest Service issued a Time Critical Removal Action Memorandums under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) in 2008 and again in May 2009. Ongoing acid rock drainage response actions in 2009 are expected to increase pH and reduce dissolved metals in affected streams.

Acid rock drainage is addressed in the effects section of the EIS as part of the existing condition in the Logjam project area and was considered during the cumulative effects analysis as part of Issue 1, Effects to Aquatic Habitat. Throughout the eastern portions of the Logjam area, the prevalent parent rock is likely to have iron pyrite of variable concentrations. I am taking the following measures to assure there will not be acid rock drainage problems with the Logjam project roads.

- Use visual exanimation of the rock to identify presence of the prevalent rock formations and to examine the rock for presence of iron pyrite crystals.

- Avoid disturbing rock formations containing iron pyrite. The potential is identifiable where there is steep ground, through cuts and on full benches, and these situations will be tested and sampled carefully.

- If pyritic formations are disturbed, testing and sampling will occur to the current Federal Highways Administration standards and actions will immediately be taken to neutralize the acid formation by adding limestone from the nearby quarry.

- Support and participate in a joint effort with the Alaska Department of Environmental Conservation to develop best management practices for dealing with pyritic rock.

- There is a good source of limestone (B-1 rock) within approximately 5 miles of the project area and studies are beginning to improve knowledge about the mix of limestone needed to neutralize the acid.

- The original pit that was the source of rock, which caused the acid rock drainage on FH44 has been closed and will not be used as a site for borrow material. The closure of this pit, (B-5), is part of the CERCLA response actions. The 2009 TCRA Memorandum describes the administrative site controls. This information about closing the vicinity for rock borrow use has been entered into the permanent lands records database (ALPS) so the information will be available in the future.

The Selected Alternative will not use pyrite-rich rock. There is one road (3030710-2) where construction could expose additional pyrite-rich bedrock, and if that occurred, three streams could be at risk for exposure to acid rock drainage. An onsite evaluation will occur before and during road construction, and mitigation measures will be employed to minimize or avoid subsequent effects. Addition of limestone rock from a nearby pit will be used to neutralize possible effects if pyritic rock is encountered. These measures are described specifically on the road cards in Appendix 2.

Existing road drainage problems have been inventoried and have been incorporated into the RMOs. It is the intent to repair drainage and reduce erosion during road reconstruction and pre-haul maintenance through the Logjam Timber Sale where roads are used for the timber sale.

As post-haul road maintenance funding is available, some existing roads would be stored or decommissioned to reduce their effects as indicated in Table A2-1 in Appendix 2, Road Cards.

The Selected Alternative would result in minor, short-termed, and localized effects on sedimentation and aquatic habitat, which would be unavoidable but expected with these types of activities. All construction and harvest activities would be monitored to ensure compliance with the best management practices. Road 3030720 would need to be reconstructed to access Unit 577-73. This road would require two bridges to be installed, and maintenance to address the road prism failures and cut-bank and side-slope erosion that has deposited sediment and debris flows onto the road bed. Helicopter logging of Unit 577-73 would again be considered at time of implementation.

Areas adjacent to streams with high windthrow concerns have been identified on the unit cards. Reasonable assurance of windfirmness zones will be designed to protect the forested riparian management areas where additional protection for windfirmness is needed.

I considered the potential for increased fragmentation within a naturally fragmented area, the reduction of productive old growth, and the effects on wildlife. The Forest Plan Conservation Strategy with its system of reserves and matrix of old-growth forest is designed to provide population viability across the Tongass in accordance with NFMA. The decision on the 2008 Forest Plan Amendment included an interagency biologist review and allocation for the Old-growth Reserves (OGR) in the Logjam project area. The Forest Supervisor modified the Interagency OGR slightly. The Forest Supervisor changed the size classification of the small OGR to large OGR in VCU 5770.

I considered all of the comments on the Draft EIS about the Old-growth Reserves (OGR) and the need to retain landscape connectivity, especially the connection between the Honker Divide and Sarkar Lake. The small OGRs in the Logjam project area (VCU 5730 and 5770) are both adjacent to the large Honker Divide area to the southeast, which is partly allotted to a medium OGR and non-development LUDs. The Honker Divide area connects to the area surrounding Sweetwater Lake and the 100-foot lake buffer to the Sarkar Lake region to the west. To the south, the Honker Divide area connects to a small OGR, which abuts the Karta Wilderness area and the eastern side of POW.

Both Alaska Department of Fish and Game personnel and environmental groups have expressed concerns about the potential level of wolf mortality resulting from the total and open road densities within the project area. These comments appear to conflict with information obtained from the Alaska Department of Fish and Game and used in this analysis. Specifically, concerns about wolves in GMU2 and in the project area are not supported by the wolf harvest data made available, as is further explained in the Issue 2 section that follows.

I have further considered that human access in the Logjam project area may also lead to wolf mortality concerns as access is temporarily increased by new road construction. In

Logjam Timber Sale Record of Decision ROD ■ R-7

TCS v. Forest Service,
Case No. 3:10-cv-00006-TMB    Case 3:10-cv-00006-TMB   Document 18-1   Exhibit 1 Page 8 of 1   Filed 10/04/10   Page 8 of 11

# Record of Decision

light of this, all planned roads for the Selected Alternative will be stored (Maintenance Level 1) or decommissioned after their use for timber harvest. This will result in no net increase in open road density over time for the project area and only a slight increase in total road density for the project area. I believe this will have a negligible effect on wolf mortality.

I am committed to work cooperatively with the State of Alaska on wolf management issues. There have been recent discussions between the State and the Forest Service regarding wolf management on Prince of Wales Island and other geographic areas on the Tongass and there is commitment from both agencies to address this issue. Since the development of any wolf management plans needs to be addressed at a scale larger than a single project, such as the Logjam project area, my staff is working with Alaska Department of Fish and Game staff to address potential wolf management issues Tongass-wide.

The revision of the Alaska Region sensitive species list occurred in February 2009. One plant species added to the 2009 sensitive species list was found in the Logjam project area in Unit 573-83. The effects to the known populations were analyzed and included in the Logjam Final EIS. This project would not lead towards a trend toward listing. Two wildlife species, the black oystercatcher and the Aleutian tern, were added to the revised sensitive species list. These species are unlikely to be affected by the activities from the Selected Alternative due to no proposed activities along the beach except for possible use of existing LTFs.

The Selected Alternative does not cut any trees or build any roads in any inventoried roadless areas.

Forest Plan Standards and Guidelines direct that karst features be protected within the project area as described in the Final EIS and the unit cards. If a windfirm buffer cannot be achieved in Unit 577-37 to protect adjacent high-vulnerability karst, this unit will not be harvested.

Care will be taken to ensure that the two populations of bull thistle along Road 2360000 will not be spread by planned activities. Mitigation measures are described later in this ROD, and included on the road card.

A potentially significant historic property was located at the end of the 2008 field season. This new information is being evaluated this season. If necessary, mitigation of effects will be achieved by dropping acreage from the unit so no historic properties will be affected. The State Historic Preservation Office was consulted and concurs with this strategy. Any additional heritage resource sites found after the sale contract is awarded will follow the contract provisions for protection.

The effects on scenery when viewed from the Visual Priority Routes and Use Areas (Forest Plan, Appendix F) were evaluated. The parts of the project area most commonly seen are from the Coffman Cove Road and Sweetwater Lake. Visual disturbance will be dispersed throughout with no single area impacted beyond maximum disturbance thresholds at any one time. Units are designed to meet their corresponding scenic integrity objectives as designated in the Forest Plan and some units would meet higher objectives.

Areas with slopes greater than 72 percent either have been avoided or will have a slope stability analysis completed prior to implementation, consistent with Forest Plan direction.

I considered the comments received about climate change on the 2008 Forest Plan Draft EIS and reviewed the analysis in the 2008 Forest Plan Amendment Final EIS. The 2008 Forest Plan forest-wide analysis discusses the risk of possible effects and the considerable uncertainty of how the climate may change. The 2008 Forest Plan acknowledges there is general agreement among scientists that the climate is warming. However, there is considerable uncertainty concerning specific predictions of how the climate may change, and even more uncertainty regarding the effects of climate change on the resources of the Tongass (2008 Forest Plan, p. 50). The Tongass National Forest will continue to monitor potential effects of climate change through the Forest Plan monitoring program, and other studies that are happening regionally and nationally. Changes in climate may also affect the long-term conditions of the natural resources of the project area. Any needs for a different course of action that might affect this decision will be addressed through existing procedures to determine whether changes are warranted, as described toward the end of this Record of Decision.

## Effects of the Selected Alternative on Key Issues

### Issue 1: Effects to Aquatic Habitat

Cumulative effects of past and proposed harvest and existing and proposed roads in the Logjam project area may increase sedimentation and impact aquatic habitat. Project comments expressed concerns that the intensity of past harvest in the Logjam project area may increase sedimentation and impact aquatic habitat, watersheds, and fish.

Past, present and future road construction, road maintenance, and road crossing construction all generate a level of disturbance and contribute sediment to project area streams. Proper functioning condition assessments in the affected watersheds concluded sediment deposition was contribution to a downward trend in one stream reach (in Hatchery Creek). This stream reach is located on a tributary that flows into Hatchery Lake and will not be affected by the proposed harvest units in this watershed. The proposed harvest in the Hatchery Creek watershed is located along a tributary that flows into Hatchery Creek approximately 1 mile upstream from Sweetwater Lake. All other reaches were rated as properly functioning or functioning at risk with an upward trend. There are nine Class I, six Class II, and nine Class III stream crossings proposed in the Selected Alternative. The remainder would be constructed on Class IV streams. Effects would be measurable, although the changes would be small, localized to the site or affected stream reach, and last less than 1 week. The project area would generate multiple timber sales over a protracted time period, so sediment-generating disturbance is mitigated by TTRA streamside buffers and time. Currently, stream reaches in the project area contain adequate large woody debris (LWD), which will help store and meter sediment downstream over time.

Time Critical Removal Actions (TCRA) in 2008, 2009, and 2010 are expected to cause improved conditions (increases in stream pH and reduction in dissolved metal concentrations) in streams currently affected by acid rock drainage from the FS 3030 Road (Coffman Cove Road, FH 44). Effectiveness monitoring of these response actions is prescribed in the May 2009 TCRA Memorandum. If construction of the 3030710-2 Road disturbs pyrite-rich bedrock, additional acid rock drainage impacts (low pH and high concentrations of dissolved metals) to streams 4, 5, and 7 may occur, but abundant limestone is available from a nearby rock pit that can provide treatment capability to neutralize acid rock drainage. Active testing and sampling will identify any need for neutralization very early, as described in the 3030710-2 road card (Appendix 2)

# Record of Decision

### Issue 2: Wildlife and Subsistence Use

Proposed timber harvest combined with past harvest may affect deer winter range habitat, fragmentation, productive old-growth (POG) habitat, subsistence use, and road density.

Comments expressed concerns about subsistence use and wildlife in the project area including the effects of deer winter habitat and availability of deer for subsistence, wolf mortality due to high road density, the lack of connection between Sarkar Lake and Honker Divide, and species such as cavity nesters, grouse, black bear, marbled murrelet, and endemic species.

The Selected Alternative will reduce productive old growth from 25,891 acres to 22,543 acres in the project area, reducing the habitat for POG-associated species such as cavity nesters and marbled murrelets. The reduction of old-growth acres in this area will increase habitat fragmentation. While this increased fragmentation may affect travel patterns of some old-growth associated wildlife species, the landscape-level connectivity is well maintained through the system of buffers, OGRs and remaining old growth in the project area.

Information provided by the Alaska Department of Fish and Game (ADFG) indicates that wolf harvest on POW should not exceed 30 percent of the estimated wolf population in GMU2. GMU2 wolf harvest data for the period covering 1997-2007 indicates that only the 1999/2000 season met the identified 30 percent threshold, at which time the State enacted an emergency closure of the wolf hunting/trapping season. ADFG data further shows that during the same 10-year period, the average wolf harvest for GMU2 has been 22 percent of the estimated population per year (except 1999/2000). Within WAA 1421 (which roughly corresponds to the Logjam project area), ADFG data shows average harvest of only 2.3 wolves per year, which includes 15 wolves taken from WAA 1421 in the 1999/2000 season.

As a result of the Logjam project, the total road density of the WAA may increase slightly. Total road density (for roads in all ownerships) in WAA 1421 below 1,200 feet in elevation would increase from 1.6 miles per square mile to 1.9 miles per square miles, which may increase hunting success for subsistence use of deer and trapping success of furbearers such as wolves and marten. Open road densities are currently estimated to be 0.75 mile per square mile (Forest Plan 2008). Open road density would remain the same, since all new timber sale roads will be stored or decommissioned after timber harvest is complete.

### Issue 3: Timber Supply and Economics

The financial efficiency of timber sales affects the viability of Southeast Alaska's forest products industry and the ability of the industry to contribute to the local and regional economies. Timber purchasers and affected communities are concerned about the quantity and quality of timber volume offered by the Forest Service to support timber-related jobs, the cost of road construction, as well as the logging costs associated with the proposed logging systems and silvicultural prescriptions.

The financial efficiency analysis of the Selected Alternative resulted in:

- Harvest volume – 63 MMBF sawlog and 10 MMBF of utility
- Indicated bid rate value – $25/MBF
- Projected employment figures (total) – ranges from 251 to 356 annualized job years, depending on requests for interstate shipping and export.